UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OD'S ON FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VITTORIO MENA JR.,<br><br>Defendants. | Case No.  25-cv-03027-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

Initial Disclosures due:  9/5/2025

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   9/26/2025

FURTHER CASE MANAGEMENT: 11/7/2025 at 3:00 PM.
Counsel **_must_** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/27/2026.

DESIGNATION OF EXPERTS: 3/13/2026; REBUTTAL: 3/31/2026;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/24/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/1/2026;
        Opp. Due: 5/15/2026; Reply Due: 5/22/2026;
        and set for hearing no later than 6/5/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  7/7/2026
PRETRIAL CONFERENCE DATE: 7/21/2026 at 1:30 PM.

JURY TRIAL DATE: 8/3/2026 at 9:00 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

United States District Court
Northern District of California

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: August 22, 2025

SUSAN ILLSTON
United States District Judge