UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OD'S ON FINANCE, LLC,

Plaintiff,

v.

VITTORIO MENA JR.,

Defendant.

Case No. 25-cv-03027-SI

**ORDER RE: DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**

On May 14, 2026, defendant Vittorio Mena Jr. filed a motion to compel discovery and for monetary sanctions to recover fees associated with bringing the motion. Dkt. No. 38. On May 15, the Court held a status conference at which the discovery issues were discussed, and the Court stated that the briefing schedule and hearing on the motion to compel remained unchanged. Plaintiff's opposition to the motion to compel was due May 28, but plaintiff did not file an opposition. On May 29, Mena filed a Notice of Non-Opposition. Dkt. No. 41. As of the filing date of this order, plaintiff has not filed any response to the motion or the notice.

The Court has reviewed the motion to compel and counsel's supporting declaration. Mena seeks to compel responses to requests for production and interrogatories that were served in January and due in March 2026 pursuant to an agreement between counsel. Mena's motion describes the discovery at issue but Mena has not provided the Court with a copy of the requests for production and interrogatories, and thus the Court is unable to determine on the present record whether the specific requests seek discovery within the scope permitted by Federal Rule of Civil Procedure 26(b)(1).

The Court directs defendant to supplement the record by filing the requests for production and interrogatories no later than June 19, 2026. The Court also DENIES the request for sanctions

without prejudice to defendant refiling the sanctions motion as a separate motion. *See* Civil Local Rule 7-8 (motions for sanctions "must be separately filed . . ."); Civil Local Rule 37-4 (motions for sanctions pursuant to Rule 37 must comply with Civil Local Rules 7-8 and 7-2).

**IT IS SO ORDERED**.

Dated: June 165, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2